IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Daniel McClure Neff, | : | Bankruptcy No. 20-21072-JAD |
| Debtor, | : | |
| Daniel McClure Neff, | : | Chapter 13 |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| No Respondent, | : | |
| Respondent. | : | |

**<u>CERTFICATE OF SERVICE</u>**

I hereby certify that I served a true and correct copy of the Court Order dated July 1, 2020 and the Amendment to Schedule C on each party listed below by first class U.S. mail on July 2 2020.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

All creditors listed on the attached matrix

                                                  Attorney for Movants:
                                                Rice & Associates Law Firm
                                                /s/ David A Rice, Esq.
                                                15 West Beau Street
                                                Washington, PA  15301
                                                724-225-7270
                                                ricelaw1@verizon.net
                                                PA ID#  50329

```
Label Matrix for local noticing          PRA Receivables Management, LLC          U.S. Bankruptcy Court
0315-2                                   PO Box 41021                             5414 U.S. Steel Tower
Case 20-21072-JAD                        Norfolk, VA 23541-1021                   600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA                                                  Pittsburgh, PA 15219-2703
Pittsburgh
Thu Jul  2 08:19:39 EDT 2020

Allegheny Health Network                 Allegheny Radiology                      Ally Financial
4 Allegheny Center                       P.O. Box 645367                          Attn: Bankruptcy
Fourth Floor                             Pittsburgh, PA 15264-5251                Po Box 380901
Pittsburgh, PA 15212-5234                                                         Bloomington, MN 55438-0901


Ally Financial                           Capital One                              Capital One Bank (USA), N.A.
PO Box 130424                            Attn: Bankruptcy                         by American InfoSource as agent
Roseville MN 55113-0004                  Po Box 30285                             PO Box 71083
                                         Salt Lake City, UT 84130-0285            Charlotte, NC  28272-1083


Center Pointe Sleep Assoc.               Comenity Capital/Gamestop                Comenitybank/hottpic
453 Valley Brook Road                    Attn: Bankruptcy Dept                    Attn: Bankruptcy Dept
Suite 400                                Po Box 182125                            Po Box 182125
McMurray, PA 15317-3371                  Columbus, OH 43218-2125                  Columbus, OH 43218-2125


(p)DELL FINANCIAL SERVICES               FedLoan Servicing                        Fingerhut
P O BOX 81577                            Attn: Bankruptcy                         Attn: Bankruptcy
AUSTIN TX 78708-1577                     Po Box 69184                             Po Box 1250
                                         Harrisburg, PA 17106-9184                Saint Cloud, MN 56395-1250


Lakeview Loan Servicing, LLC             (p)M&T BANK                              Matthew J Yankosek
PO Box 840                               LEGAL DOCUMENT PROCESSING                566 Delaware Ave.
Buffalo, NY 14240-0840                   626 COMMERCE DRIVE                       Washington, PA 15301-1804
                                         AMHERST NY 14228-2307


Office of the United States Trustee      Quantum3 Group LLC as agent for          Quantum3 Group LLC as agent for
Liberty Center.                          Bluestem and SCUSA                       Comenity Bank
1001 Liberty Avenue, Suite 970           PO Box 788                               PO Box 788
Pittsburgh, PA 15222-3721                Kirkland, WA  98083-0788                 Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for          Synchrony Bank                           TD Bank USA, N.A.
Comenity Capital Bank                    c/o of PRA Receivables Management, LLC   C O WEINSTEIN & RILEY, PS
PO Box 788                               PO Box 41021                             2001 WESTERN AVENUE, STE 400
Kirkland, WA  98083-0788                 Norfolk, VA 23541-1021                   SEATTLE, WA 98121-3132


Target                                   Verizon                                  Daniel N. McClure Neff
c/o Financial & Retail Srvs              by American InfoSource as agent          1700 Patrick Place
Mailstop BT POB 9475                     PO Box 4457                              Apartment T2
Minneapolis, MN 55440-9475               Houston, TX  77210-4457                  South Park, PA 15129-9244


David A. Rice                            Ronda J. Winnecour                       Scott R. Lowden
Rice & Associates Law Firm               Suite 3250, USX Tower                    Nicotero & Lowden PC
15 West Beau Street                      600 Grant Street                         3948 Monroeville Blvd., Suite 2
Washington, PA 15301-6806                Pittsburgh, PA 15219-2702                Monroeville, PA 15146-2437
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Dell Financial Services | (d)Dell Financial Services, LLC | M&T Bank |
|---|---|---|
| Attn: Bankruptcy | Resurgent Capital Services | P.O. Box 62182 |
| Po Box 81577 | PO Box 10390 | Baltimore, MD 21264 |
| Austin, TX 78708 | Greenville, SC 29603-0390 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30