IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |
|---|---|
|  | : |
| Daniel N. McClure Neff | : |
| *Debtor(s)* | : Case No: 20–21072 |
|  | : |
|  | : Chapter: 13 |
|  | : |
|  | : |
|  | : |

## <u>NOTICE OF PROOF OF CLAIM FILED BY DEBTOR/TRUSTEE</u>

The DEBTOR has filed a Proof of Claim on behalf of the following creditor:

| <u>NAME</u> | <u>CLAIM NO.</u> | <u>AMOUNT</u> |
|---|---|---|
| FedLoan Servicing | 11 | $235,903.00 |

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh,PA 15219

09/18/2020                                                    By: /s/ ADI User

cc:    Creditor
       Debtor's Attorney
       Trustee
       Debtor

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Daniel N. McClure Neff
      Debtor

Case No. 20-21072-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 1      Date Rcvd: Sep 18, 2020
                         Form ID: pdfadint      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db               +Daniel N. McClure Neff,    1700 Patrick Place,    Apartment T2,    South Park, PA 15129-9244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
         Brian Nicholas    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bnicholas@kmllawgroup.com
         David A. Rice    on behalf of Debtor Daniel N. McClure Neff ricelaw1@verizon.net,
         lowdenscott@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Scott R. Lowden    on behalf of Debtor Daniel N. McClure Neff niclowlgl@comcast.net
                                                       TOTAL: 5