**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DANIEL N. MCCLURE NEFF | Case No. 20-21072JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>FED LOAN SERVICING++ | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

STUDENT LOAN HAS BEEN SERVICE RELEASED. NO AMENDED CLAIM OR TRANSFER OF CLAIM HAS BEEN FILED BY THE NEW SERVICER.

| | |
|---|---|
| FED LOAN SERVICING++<br>PO BOX 790234<br>ST LOUIS, MO 63179-0234 | Court claim# 11/Trustee CID# 12 |

The Movant further certifies that on 03/15/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| DANIEL N. MCCLURE NEFF, 1700 PATRICK PLACE, APARTMENT T2, SOUTH PARK, PA 15129 | DAVID A RICE ESQ, RICE & ASSOCIATES LAW FIRM, 15 W BEAU ST, WASHINGTON, PA 15301 |

ORIGINAL CREDITOR:
FED LOAN SERVICING++, PO BOX 790234, ST LOUIS, MO 63179-0234

NEW CREDITOR: