# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIEL N. MCCLURE NEFF

Case No. 20-21072JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

    Movant
vs.

Document No __

US DEPARTMENT OF EDUCATION++

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO THE CREDITOR HAS BEEN RETURNED AS UNDELIVERABLE. NO CHANGE OF ADDRESS OR AMENDED CLAIM HAS BEEN RECEIVED.

US DEPARTMENT OF EDUCATION++
PO BOX 4830
PORTLAND, OR 97208

Court claim# 11/Trustee CID# 12

The Movant further certifies that on 11/21/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DANIEL N. MCCLURE NEFF, 1700 PATRICK PLACE, APARTMENT T2, SOUTH PARK, PA 15129 | DEBTOR'S COUNSEL:<br>DAVID A RICE ESQ, RICE & ASSOCIATES LAW FIRM, 15 W BEAU ST, WASHINGTON, PA 15301 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JILL LOCNIKAR, ASSISTANT US ATTORNEY, US POST OFFICE & COURTHOUSE STE 4000, 700 GRANT ST, PITTSBURGH, PA 15219 | :<br>EDFINANCIAL SERVICES, PO BOX 36008, KNOXVILLE, TN 37930-6008 |
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF EDUCATION++, PO BOX 4830, PORTLAND, OR 97208 | |
| NEW CREDITOR: | |