IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Daniel N. McClure Neff
*Debtor(s)*

: Case No: 20–21072
: Chapter: 13

## NOTICE OF PROOF OF CLAIM FILED BY DEBTOR/TRUSTEE

The DEBTOR has filed a Proof of Claim on behalf of the following creditor:

| NAME | CLAIM NO. | AMOUNT |
|---|---|---|
| US Department of Education | 11 | $235,903.00 |

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

11/30/2023                                          By: /s/ ADI User

cc:    Creditor
       Debtor's Attorney
       Trustee
       Debtor