# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel N. McClure Neff        ) | |
| ) | Case No. 20-21072 JAD |
| ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s).        ) | Related to Docs. #9, 38 and 56 |
| _____X | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

       a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:   Daniel N. McClure Neff

    a motion to lift stay
    as to creditor   _____

☒    Other:   The plan is being modified to provide for additional attorney fees to Rice & Associates Law Firm that are available without decreasing the percentage or amount to be paid to other creditors through the plan.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Chapter 13 Plan dated   March 23, 2020
       Amended Chapter 13 Plan dated   _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

x    Debtor(s) Plan payments shall be changed from $_____ to $_____ per Month, effective _____; and/or the Plan term shall be

<ul>
<li>changed from ____ months to ____ months. _____.</li>
</ul>

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve _____ on or before _____.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: There are funds available pursuant to the confirmed plan to Rice & Associates Law Firm in the amount of $2,000.00 above the no-look fees of $4,000 allowed as of the plan filing date. A final Fee Application shall be filed by counsel for the Debtor that will be limited to the total amount of $6,000.00. There is no change in the Debtor's plan payment or term required.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

-2-

**SO ORDERED**, this __4th__ day of ____March____, 2024

Dated: _____3/4/2024_____

_____sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/ Scott R. Lowden
Scott R. Lowden - Counsel to Debtor
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com

Stipulated by:

/s/ James Warmbrodt
James Warmbrodt, Esq.
Counsel to Chapter 13 Trustee
600 Grant Street
Suite 3250 US Steel Tower
Pittsburgh, PA 15219

Stipulated by:

_____

FILED
3/4/24 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-21072-JAD
Daniel N. McClure Neff  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Mar 04, 2024      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel N. McClure Neff, 1700 Patrick Place, Apartment T2, South Park, PA 15129-9244 |
| 15221428 | + | Allegheny Health Network, 4 Allegheny Center, Fourth Floor, Pittsburgh, PA 15212-5227 |
| 15221429 | + | Allegheny Radiology, P.O. Box 645367, Pittsburgh, PA 15264-5251 |
| 15221432 | + | Center Pointe Sleep Assoc., 453 Valley Brook Road, Suite 400, McMurray, PA 15317-3371 |
| 15289705 | + | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15221436 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15221439 | + | Matthew J Yankosek, 566 Delaware Ave., Washington, PA 15301-1804 |
| 15221695 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2024 00:14:38 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2024 00:14:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2024 23:52:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15221430 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 04 2024 23:52:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15238466 | | Email/Text: ally@ebn.phinsolutions.com | Mar 04 2024 23:52:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15221431 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2024 00:15:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15229862 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2024 00:14:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15221433 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2024 23:52:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15221434 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2024 23:52:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15221435 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 05 2024 00:14:37 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 15225238 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2024 00:14:36 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15605157 | + | Email/Text: EBN@edfinancial.com | Mar 04 2024 23:52:00 | EdFinancial Services, P.O. Box 36008, Knoxville, TN. 37930-6008 |

Case 20-21072-JAD    Doc 58    Filed 03/06/24    Entered 03/07/24 00:28:23    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 04, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15221437 | | Email/Text: bnc-bluestem@quantum3group.com | Mar 04 2024 23:53:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15231436 | ^ | MEBN | Mar 04 2024 23:50:39 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15221438 | | Email/Text: camanagement@mtb.com | Mar 04 2024 23:52:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264 |
| 15268955 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2024 23:52:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15244813 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2024 23:52:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15244812 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2024 23:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15244814 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2024 23:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15661607 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2024 23:58:01 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15248831 | + | Email/Text: bncmail@w-legal.com | Mar 04 2024 23:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15221440 | + | Email/Text: bncmail@w-legal.com | Mar 04 2024 23:52:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15661853 | + | Email/Text: EBN@edfinancial.com | Mar 04 2024 23:52:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15244855 | | Email/PDF: ebn_ais@aisinfo.com | Mar 05 2024 00:14:56 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024          Signature:          /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Mar 04, 2024 | Form ID: pdf900 | Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David A. Rice | on behalf of Debtor Daniel N. McClure Neff ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Daniel N. McClure Neff lowdenscott@gmail.com |

TOTAL: 5