IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Daniel N McClure Neff, | : | Bankruptcy No. 20-21072-JAD |
| | | : | |
| | Debtor(s) | : | |
| | Danial n McClure Neff, | : | Chapter 13 |
| | | : | |
| | Movant(s) | : | |
| | v. | : | |
| | | : | |
| | No Respondents | : | |
| | Respondent(s) | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.   The Debtor has made all payments required by the Chapter 13 Plan.

2.   Include whichever one of the two following statements applies:
     [The Debtor is not required to pay any Domestic Support Obligations]

3.   The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.   On September 27, 2024, at docket number 65, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

     This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

Dated:  March 28, 2025            By:    /s/ David A Rice
                                         Signature
                                         David A Rice
                                         Name of Filer – Typed
                                         PA ID 50329
                                         Rice & Associates Law Firm
                                         15 West Beau Street
                                         Washington, PA 15301
                                         (724) 225-7270
                                         ricelaw1@verizon.net