**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANIEL N. MCCLURE NEFF<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>          Movant<br>     vs.<br>No Respondents. | Case No.:20-21072 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 23, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/23/2020 and confirmed on 6/30/20 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,997.00 |
| Less Refunds to Debtor | 1,162.04 | |
| TOTAL AMOUNT OF PLAN FUND | | 71,834.96 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,000.00 | |
|   Trustee Fee | 3,772.94 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,772.94 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1842 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1842 | | | | |
|   ALLY FINANCIAL(*) | 7,275.00 | 7,275.00 | 321.67 | 7,596.67 |
|     Acct: 2455 | | | | |
| | | | | 7,596.67 |
| **Priority** | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL N. MCCLURE NEFF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL N. MCCLURE NEFF | 612.62 | 612.62 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL N. MCCLURE NEFF | 549.42 | 549.42 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX9/24 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLEGHENY RADIOLOGY ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3341 | | | | |
|   ALLY FINANCIAL** | 287.72 | 63.77 | 0.00 | 63.77 |
|     Acct: 4214 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 5,153.47 | 1,142.27 | 0.00 | 1,142.27 |
|     Acct: 4387 | | | | |
|   CENTER POINTE SLEEP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 2,455.13 | 544.18 | 0.00 | 544.18 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0759 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 1,099.43 | 243.69 | 0.00 | 243.69 |
| Acct: 5191 | | | | |
| RESURGENT RECEIVABLES LLC | 2,304.60 | 510.81 | 0.00 | 510.81 |
| Acct: 7071 | | | | |
| US DEPARTMENT OF EDUCATION | 235,903.00 | 52,287.90 | 0.00 | 52,287.90 |
| Acct: 3477 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO | 432.63 | 95.89 | 0.00 | 95.89 |
| Acct: 8193 | | | | |
| TD BANK USA NA** | 1,959.80 | 434.39 | 0.00 | 434.39 |
| Acct: 4297 | | | | |
| VERIZON BY AMERICAN INFOSOURCE A | 117.91 | 26.13 | 0.00 | 26.13 |
| Acct: 0001 | | | | |
| ALLY FINANCIAL(*) | 524.79 | 116.32 | 0.00 | 116.32 |
| Acct: 2455 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9652 | | | | |
| MATTHEW YANKOSEK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 55,465.35 |

| | | |
|---|---:|---:|
| TOTAL PAID TO CREDITORS | | 63,062.02 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 7,275.00 | |
| UNSECURED | 250,238.48 | |

Date: 05/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DANIEL N. MCCLURE NEFF

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-21072 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-21072-JAD
Daniel N. McClure Neff  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: May 27, 2025      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel N. McClure Neff, 1700 Patrick Place, Apartment T2, South Park, PA 15129-9244 |
| 15221428 | + | Allegheny Health Network, 4 Allegheny Center, Fourth Floor, Pittsburgh, PA 15212-5227 |
| 15221429 | + | Allegheny Radiology, P.O. Box 645367, Pittsburgh, PA 15264-5251 |
| 15221432 | + | Center Pointe Sleep Assoc., 453 Valley Brook Road, Suite 400, McMurray, PA 15317-3371 |
| 15289705 | + | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15221436 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15221439 | + | Matthew J Yankosek, 566 Delaware Ave., Washington, PA 15301-1804 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2025 04:08:37 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2025 04:08:30 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 04:08:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: bncmail@w-legal.com | May 28 2025 03:50:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 15221430 | + | Email/Text: ally@ebn.phinsolutions.com | May 28 2025 03:49:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15238466 | | Email/Text: ally@ebn.phinsolutions.com | May 28 2025 03:49:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15221431 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 03:56:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15229862 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15221433 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2025 03:50:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15221434 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2025 03:50:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15221435 | | Email/PDF: DellBKNotifications@resurgent.com | May 28 2025 04:08:21 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |

Case 20-21072-JAD    Doc 74    Filed 05/29/25    Entered 05/30/25 00:37:06    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15225238 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 04:19:03 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15605157 | + | Email/Text: EBN@edfinancial.com | May 28 2025 03:49:00 | EdFinancial Services, P.O. Box 36008, Knoxville, TN. 37930-6008 |
| 15221437 | | Email/Text: bnc-bluestem@quantum3group.com | May 28 2025 03:51:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15231436 | ^ | MEBN | May 28 2025 03:48:04 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15221438 | | Email/Text: camanagement@mtb.com | May 28 2025 03:50:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264 |
| 15268955 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15244813 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15244812 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15244814 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15661607 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 03:57:55 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15221695 | ^ | MEBN | May 28 2025 03:49:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15248831 | | Email/Text: bncmail@w-legal.com | May 28 2025 03:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 1415 Western avenue, Suite 700, SEATTLE, WA 98101 |
| 15221440 | + | Email/Text: bncmail@w-legal.com | May 28 2025 03:50:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15661853 | + | Email/Text: EBN@edfinancial.com | May 28 2025 03:49:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15244855 | | Email/PDF: ebn_ais@aisinfo.com | May 28 2025 04:08:21 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 34 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Daniel N. McClure Neff ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Daniel N. McClure Neff lowdenscott@gmail.com |

TOTAL: 5