| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Daniel N. McClure Neff<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3477<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–21072–JAD | |

# Order of Discharge                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Daniel N. McClure Neff
> fka Daniel N. Neff

<u>7/9/25</u>                                                                    **By the court:** <u>Jeffery A. Deller</u>
                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel N. McClure Neff  
    Debtor

Case No. 20-21072-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jul 09, 2025      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel N. McClure Neff, 1700 Patrick Place, Apartment T2, South Park, PA 15129-9244 |
| 15221428 | + | Allegheny Health Network, 4 Allegheny Center, Fourth Floor, Pittsburgh, PA 15212-5227 |
| 15221429 | + | Allegheny Radiology, P.O. Box 645367, Pittsburgh, PA 15264-5251 |
| 15221432 | + | Center Pointe Sleep Assoc., 453 Valley Brook Road, Suite 400, McMurray, PA 15317-3371 |
| 15289705 | + | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15221436 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15221439 | + | Matthew J Yankosek, 566 Delaware Ave., Washington, PA 15301-1804 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 10 2025 04:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 10 2025 04:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 10 2025 04:04:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 10 2025 04:04:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jul 10 2025 04:04:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | EDI: Q3G.COM | Jul 10 2025 04:04:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: bncmail@w-legal.com | Jul 10 2025 00:08:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 15221430 | + | EDI: GMACFS.COM | Jul 10 2025 04:04:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15238466 | | EDI: GMACFS.COM | Jul 10 2025 04:04:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15221431 | + | EDI: CAPITALONE.COM | Jul 10 2025 04:04:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15229862 | | EDI: CAPITALONE.COM | Jul 10 2025 04:04:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15221433 | + | EDI: WFNNB.COM | Jul 10 2025 04:04:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15221434 | + | EDI: WFNNB.COM | Jul 10 2025 04:04:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15221435 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 10 2025 00:20:13 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 15225238 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2025 00:20:12 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15605157 | + | Email/Text: EBN@edfinancial.com | Jul 10 2025 00:07:00 | EdFinancial Services, P.O. Box 36008, Knoxville, TN. 37930-6008 |
| 15221437 | | EDI: BLUESTEM | Jul 10 2025 04:04:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15231436 | ^ | MEBN | Jul 10 2025 00:05:27 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15221438 | | Email/Text: camanagement@mtb.com | Jul 10 2025 00:08:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264 |
| 15268955 | | EDI: Q3G.COM | Jul 10 2025 04:04:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15244813 | | EDI: Q3G.COM | Jul 10 2025 04:04:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15244812 | | EDI: Q3G.COM | Jul 10 2025 04:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15244814 | | EDI: Q3G.COM | Jul 10 2025 04:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15661607 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2025 00:20:40 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15221695 | ^ | MEBN | Jul 10 2025 00:05:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15248831 | | Email/Text: bncmail@w-legal.com | Jul 10 2025 00:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 1415 Western avenue, Suite 700, SEATTLE, WA 98101 |
| 15221440 | + | EDI: WTRRNBANK.COM | Jul 10 2025 04:04:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15661853 | + | Email/Text: EBN@edfinancial.com | Jul 10 2025 00:07:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15244855 | | EDI: AIS.COM | Jul 10 2025 04:04:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 09, 2025 | Form ID: 3180W | Total Noticed: 36 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025                          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Daniel N. McClure Neff ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Daniel N. McClure Neff lowdenscott@gmail.com |

TOTAL: 5