IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
DANIEL N. MCCLURE NEFF

      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:20-21072 JAD

Chapter 13

Related to Doc No.: 71

ORDER OF COURT

AND NOW, this ___9th___ day of ___July___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
7/9/25 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21072-JAD |
| Daniel N. McClure Neff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel N. McClure Neff, 1700 Patrick Place, Apartment T2, South Park, PA 15129-9244 |
| 15221428 | + | Allegheny Health Network, 4 Allegheny Center, Fourth Floor, Pittsburgh, PA 15212-5227 |
| 15221429 | + | Allegheny Radiology, P.O. Box 645367, Pittsburgh, PA 15264-5251 |
| 15221432 | + | Center Pointe Sleep Assoc., 453 Valley Brook Road, Suite 400, McMurray, PA 15317-3371 |
| 15289705 | + | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15221436 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15221439 | + | Matthew J Yankosek, 566 Delaware Ave., Washington, PA 15301-1804 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2025 00:31:17 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2025 00:20:56 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2025 00:20:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2025 00:08:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: bncmail@w-legal.com | Jul 10 2025 00:08:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 15221430 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 10 2025 00:07:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15238466 | | Email/Text: ally@ebn.phinsolutions.com | Jul 10 2025 00:07:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15221431 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 00:31:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15229862 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 00:20:09 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15221433 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2025 00:08:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15221434 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2025 00:08:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15221435 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 10 2025 00:20:13 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15225238 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2025 00:20:38 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15605157 | + | Email/Text: EBN@edfinancial.com | Jul 10 2025 00:07:00 | EdFinancial Services, P.O. Box 36008, Knoxville, TN. 37930-6008 |
| 15221437 | | Email/Text: bnc-bluestem@quantum3group.com | Jul 10 2025 00:09:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15231436 | ^ | MEBN | Jul 10 2025 00:05:28 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15221438 | | Email/Text: camanagement@mtb.com | Jul 10 2025 00:08:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264 |
| 15268955 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2025 00:08:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15244813 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2025 00:08:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15244812 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2025 00:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15244814 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2025 00:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15661607 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2025 00:20:36 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15221695 | ^ | MEBN | Jul 10 2025 00:05:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15248831 | | Email/Text: bncmail@w-legal.com | Jul 10 2025 00:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 1415 Western avenue, Suite 700, SEATTLE, WA 98101 |
| 15221440 | + | Email/Text: bncmail@w-legal.com | Jul 10 2025 00:08:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15661853 | + | Email/Text: EBN@edfinancial.com | Jul 10 2025 00:07:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15244855 | | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2025 00:20:16 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf900 | Total Noticed: 34 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jul 11, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Daniel N. McClure Neff ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Daniel N. McClure Neff lowdenscott@gmail.com |

TOTAL: 5